Dallis Nordstrom Rohde (09537)
CARMAN LEHNHOF ISRAELSEN LLP
375 West 200 South, Suite 225
Salt Lake City, UT 84101
T: (801) 534-4435
F: (801) 494-5515
E: dallis@clilaw.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| CRAIG CUNNINGHAM and ANDREW PERRONG, on behalf of themselves and others similarly situation,<br><br>Plaintiffs,<br><br>v.<br><br>OFFER SPACE, LLC, a dissolved Utah Limited Liability Company,<br><br>Defendant. | **OFFER SPACE LLC'S ANSWER**<br><br>Civil No.: 20-CV-00527-JCB<br><br>Judge |

Defendant Offer Space LLC, a dissolved Utah Limited Liability Company ("Offer Space"), by and through its undersigned counsel of record, hereby submits its Answer to Plaintiffs Class Action Complaint, and alleges as follows:

## ANSWER

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted against Offer Space.

### SECOND DEFENSE

In response to the individually numbered paragraphs of the Complaint, Offer Space

admits, denies and avers as follows:

## Preliminary Statement

1. ¶ 1 of the Complaint is a legal conclusion to which no response is required.

2. ¶ 2 of the Complaint is a legal conclusion to which no response is required.

3. ¶ 3 of the Complaint is a legal conclusion to which no response is required.

4. ¶ 4 of the Complaint is a legal conclusion to which no response is required.

## PARTIES

5. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 5 of the Complaint and, therefore, denies them.

6. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 6 of the Complaint and, therefore, denies them.

7. Offer Space denies the allegations contained in ¶ 7 of the Complaint and specifically asserts Offer Space was dissolved.

## JURISDICTION & VENUE

8. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 8 of the Complaint and, therefore, denies them.

9. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 9 of the Complaint and, therefore, denies them.

## TCPA BACKGROUND

10. Paragraph ¶ 10 contains a legal conclusion to which no response is required.

11. Paragraph ¶ 11 contains a legal conclusion to which no response is required.

12. Paragraph ¶ 12 contains a legal conclusion to which no response is required.

13. Paragraph ¶ 13 contains a legal conclusion to which no response is required.

14. Paragraph ¶ 14 contains a legal conclusion to which no response is required.

15. Paragraph ¶ 15 contains a legal conclusion to which no response is required.

16. Paragraph ¶ 16 contains a legal conclusion to which no response is required.

17. Paragraph ¶ 17 contains a legal conclusion to which no response is required.

18. Paragraph ¶ 18 contains a legal conclusion to which no response is required.

19. Paragraph ¶ 19 contains a legal conclusion to which no response is required.

## FACTUAL ALLEGATIONS

20. Paragraph ¶ 20 contains a legal conclusion to which no response is required.

21. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 21 of the Complaint and, therefore, denies them.

22. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 22 of the Complaint and, therefore, denies them.

23. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 23 of the Complaint and, therefore, denies them.

24. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 24 of the Complaint and, therefore, denies them.

25. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 25 of the Complaint and, therefore, denies them.

26. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 26 of the Complaint and, therefore, denies them.

27. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 27 of the Complaint and, therefore, denies them.

28. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 28 of the Complaint and, therefore, denies them.

29. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 29 of the Complaint and, therefore, denies them.

30. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 30 of the Complaint and, therefore, denies them.

31. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 31 of the Complaint and, therefore, denies them.

32. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 32 of the Complaint and, therefore, denies them.

33. Paragraph ¶ 19 contains a legal conclusion to which no response is required.

34. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 34 of the Complaint and, therefore, denies them.

35. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 35 of the Complaint and, therefore, denies them.

36. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 36 of the Complaint and, therefore, denies them.

37. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 37 of the Complaint and, therefore, denies them.

38. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 38 of the Complaint and, therefore, denies them, except that Offer Space admits that the Plaintiffs entered into written contracts with Offer Space and a Supply and Fulfillment Services Agreement with Offer Space.

39. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 39 of the Complaint and, therefore, denies them.

40. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 40 of the Complaint and, therefore, denies them.

41. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 41 of the Complaint and, therefore, denies them.

42. Offer Space admits the allegations contained in ¶ 42 of the Complaint.

43. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 43 of the Complaint and, therefore, denies them.

44. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 44 of the Complaint and, therefore, denies them.

45. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 45 of the Complaint and, therefore, denies them.

46. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 46 of the Complaint and, therefore, denies them.

47. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 47 of the Complaint and, therefore, denies them.

48. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 48 of the Complaint and, therefore, denies them.

49. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 49 of the Complaint and, therefore, denies them.

**CLASS ACTION ALLEGATIONS**

50. Paragraph ¶ 50 contains a legal conclusion to which no response is required.

51. Paragraph ¶ 51 contains a legal conclusion to which no response is required.

52. Paragraph ¶ 52 contains a legal conclusion to which no response is required.

53. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 53 of the Complaint and, therefore, denies them.

54. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 54 of the Complaint and, therefore, denies them.

55. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 55 of the Complaint and, therefore, denies them.

56. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 56 of the Complaint and, therefore, denies them.

57. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 57 of the Complaint and, therefore, denies them.

58. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 58 of the Complaint and, therefore, denies them.

59. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 59 of the Complaint and, therefore, denies them.

60. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 60 of the Complaint and, therefore, denies them.

61. Offer Space is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 61 of the Complaint and, therefore, denies them.

## LEGAL CLAIMS

### COUNT ONE
**(Violation of the TCPA's Do Not Call Provisions)**

62. Offer Space restates and incorporates herein by reference its responses set forth above as if fully set forth herein.

63. Offer Space denies the allegations contained in ¶ 63 of the Complaint.

64. Offer Space denies the allegations contained in ¶ 64 of the Complaint.

### COUNT TWO
**(Violation of the TCPA's Internal Procedures Provision)**

65. Offer Space restates and incorporates herein by reference its responses set forth above as if fully set forth herein. Further, Paragraph ¶ 65 contains a legal conclusion to which no response is required.

66. Offer Space denies the allegations contained in ¶ 66 of the Complaint.

67. Offer Space denies the allegations contained in ¶ 67 of the Complaint.

68. Offer Space denies the allegations contained in ¶ 68 of the Complaint.

69. Offer Space denies the allegations contained in ¶ 69 of the Complaint.

70. Offer Space denies the allegations contained in ¶ 70 of the Complaint.

71. Offer Space denies the allegations contained in ¶ 71 of the Complaint.

72. Offer Space denies the allegations contained in ¶ 72 of the Complaint.

**COUNT THREE**
**(Violation of TCPA's Automated Call Provisions)**

73. Offer Space restates and incorporates herein by reference its responses set forth above as if fully set forth herein.

74. Offer Space denies the allegations contained in ¶ 74 of the Complaint.

75. Offer Space denies the allegations contained in ¶ 75 of the Complaint.

76. Offer Space denies the allegations contained in ¶ 76 of the Complaint.

**AFFIRMATIVE THIRD DEFENSE**

The members of the class plaintiff seeks to represent are not similarly situated to them in such that they are not proper class representatives and a class should not be certified. *See Wilson v. Badcock Home Furniture*, (329 F. R.D. 454 (M.D. Fla. 2018).

**AFFIRMATIVE FOURTH DEFENSE**

To the extent the TCPA applied to the claims raised in the Complaint, at all, Defendant acted in good faith upon the information provided to it, and not in willful violation of the TCPA.

**FIFTH DEFENSE**

The relief requested in the Complaint should be denied, in whole or part, and the Complaint should be dismissed with prejudice on grounds of mutual mistake, unilateral mistake, rescission, equitable reformation and failure of consideration.

**SIXTH DEFENSE**

The relief requested in the Complaint should be denied, in whole or part, and the Complaint should be dismissed with prejudice to the extent the Plaintiffs' claims are barred by waiver, estoppel and/or laches.

**SEVENTH DEFENSE**

The relief requested in the Complaint should be denied, in whole or part, and the Complaint should be dismissed with prejudice to the extent that the Plaintiffs' claims are (now or in the future) barred by the doctrines of judicial estoppel, res judicata, claim preclusion, collateral estoppel, issue preclusion and/or election of remedies.

**EIGHTH DEFENSE**

The relief requested in the Complaint should be denied, in whole or part, and the Complaint should be dismissed with prejudice to the extent that the Plaintiffs' claims are barred by setoff and/or recoupment.

**NINTH DEFENSE**

The relief requested in the Complaint should be denied, in whole or part, and the Complaint should be dismissed with prejudice to the extent that the Plaintiffs' claims are barred by the doctrine of unclean hands, and/or brought in bad faith, and/or are meritless.

**TENTH DEFENSE**

The relief requested in the Complaint should be denied, in whole or part, and the Complaint should be dismissed with prejudice to the extent that the Plaintiffs' claims are barred by applicable statutes of limitation.

**AFFIRMATIVE ELEVETH DEFENSE**

The relief requested in the Complaint should be denied and the Complaint should be dismissed with prejudice, in whole or part, because plaintiffs have failed to plead certain required allegations with particularity as required by applicable statute or rule of civil procedure.

## TWELFTH DEFENSE

The relief requested in the Complaint should be denied and the Complaint should be dismissed with prejudice, in whole or part, to the extent that the Plaintiffs' injuries, if any (which Defendant denies), were caused by the actions and/or omissions of persons and entities other than Offer Space (including by the Plaintiffs), and were not caused by Offer Space.

## THIRTEENTH DEFENSE

The relief requested in the Complaint should be denied, in whole or part, and the Complaint should be dismissed with prejudice to the extent the Plaintiffs have not reasonably acted to mitigate their damages.

## FOURTEENTH DEFENSE

The relief requested in the Complaint should be denied and the Complaint should be dismissed with prejudice, in whole or part, to the extent that the Plaintiffs' claims are barred by lack of or absence of reasonable reliance.

## FIFTEENTH DEFENSE

The relief requested in the Complaint should be denied and the Complaint should be dismissed with prejudice, in whole or part, to the extent that the Plaintiffs' claims are barred by lack of or absence of injury, or actual, or realized damages.

## SIXTEENTH DEFENSE

The relief requested in the Complaint should be denied and the Complaint should be dismissed with prejudice, in whole or part, to the extent a recovery by the Plaintiffs would result in the unjust enrichment of, and a windfall to, the Plaintiffs.

## SEVENTEENTH DEFENSE

The relief requested in the Complaint should be denied and the Complaint should be dismissed with prejudice, in whole or part, to the extent Plaintiffs' alleged injuries and/or damages were caused or contributed to by the fault of Plaintiffs, one or both of whom are Vexatious Litigants, which was greater than or equal to the aggregate fault of Offer Space (which fault is denied) and any other persons.

## EIGHTEENTH DEFENSE

Offer Space reserves the right to assert additional defenses to the extent that such defenses become known as a result of discovery or otherwise.

## NINETEENTH DEFENSE

As contemplated and permitted under Federal Rule of Civil Procedure 8(c)(2), Offer Space hereby gives notice that any of the foregoing defenses that may constitute or qualify as counterclaims should be treated (and hereby are) designated as counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Offer Space prays for relief as follows:

A. that the Plaintiffs have and take nothing by their Complaint;

B. that the Complaint be dismissed as against Offer Space, no cause of action;

C. that the class certification requested by Plaintiffs be denied;

D. that Offer Space be awarded its costs, attorneys' fees and expenses to the extent permitted by applicable law; and

E. for such other and further relief the Court deems just and equitable.

DATED this 17th day of September, 2020

CARMAN LEHNHOF ISRAELSEN LLP

/s/ Dallis Nordstrom Rohde
Dallis Nordstrom Rohde
*Attorneys for Defendant Offer Space*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020, I caused to be served the foregoing **OFFER SPACE LLC'S ANSWER** on the following via the Court's ECF system:

Jared B. Pearson
jared@pearsonlawfirm.org
PEARSON LAW FIRM, PLLC
*Attorneys for Plaintiffs*

/s/ Dallis Nordstrom Rohde
Dallis Nordstrom Rohde