**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| CRAIG CUNNINGHAM and ANDREW PERRONG, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFER SPACE, LLC,<br><br>Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:20-cv-00527 JCB<br><br>Magistrate Judge Jared C. Bennett |

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear their own fees in this matter.

DATED this 10 day of September, 2024.

**MCKAY, BURTON & THURMAN, P.C.**

/s/ Mark C. Rose
Mark C. Rose
*Attorneys for Offer Space, LLC*

DATED this 10 day of September, 2024.

**PARONICH LAW, P.C.**

*/s/ Anthony I. Paronich*
Anthony I. Paronich
*Attorneys for Plaintiffs Craig Cunningham and Andrew Perrong, on behalf of themselves and others similarly situated*